```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/3/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASHEENA ROBERTS et al.,

                Plaintiffs,

- against –

RICHARD DELROSARIO et al.,

                Defendants.

**ORDER**

No. 13 Civ. 3970 (VSB)

VERNON S. BRODERICK, United States District Judge:

As Counsel may be aware, this case was recently reassigned to the undersigned. All deadlines and schedules ordered by Judge Nathan remain in effect.

In addition, on or before February 17, 2014, the parties shall file on ECF a joint letter of no more than three (3) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie with this Court;

3. A brief description as to the status of mediation (*i.e.*, pending, successful, or unsuccessful) and each party's position on whether an initial pre-trial conference should be scheduled; and

4. Any other information that the parties believe may assist the Court in resolving this action.

Counsel for Plaintiff is responsible for ensuring that counsel for all parties are served with this Order.

        SO ORDERED.

Dated:    February 3, 2014
            New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge